UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RITCHARD MOLINA,

        Plaintiff,

   v.

EASTERN PLUMAS HEALTH CARE, an unknown business entity; EASTERN PLUMAS HEALTH CARE FOUNDATION, INC., a California Corporation,

        Defendants.

No. 2:11-cv-01655-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

Plaintiff Ritchard Molina ("Plaintiff") initiated this disability discrimination action against Defendants Eastern Plumas Health Care and Eastern Plumas Health Care Foundation, Inc., on June 17, 2011.

///
///
///
///
///

1

Defendant Eastern Plumas Healthcare District (erroneously sued as Eastern Plumas Health Care) (hereafter "Defendant") has since moved to dismiss Plaintiff's fifth through tenth causes of action for failure to comply with the claims presentment requirements of the California Government Claims Act ("GCA").[1]  Defendant's Motion is GRANTED in part and DENIED in part as moot.[2]

First, Plaintiff concedes his ninth and tenth causes of action for wrongful termination in violation of public policy and for intentional infliction of emotional distress are subject to the GCA.  Opposition, 1:17-18, n.1.  He does not oppose the instant Motion as to those causes of action.  Id.  Defendant's Motion is thus granted with leave to amend as to those claims.

Similarly, in opposition, Defendant concedes that Plaintiff's remaining fifth through eighth claims "are sufficient and not subject to dismissal for his failure to comply with the claim presentation requirements of the [GCA]."  Reply, 1:20-23.  Defendant thus withdraws its Motion as to those claims.  Id., 4:13-15.  Since Defendant has withdrawn its Motion as to these causes of action, there is no longer a live controversy before the Court.  However, for the sake of clarity, the Court will deny Defendant's Motion as to Plaintiff's fifth through eighth causes of action as moot.

---

[1] Though the parties refer to the relevant law as the "Tort Claims Act," since 2007 the California Supreme Court has used the title "Government Claims Act."  See City of Stockton v. Superior Court, 42 Cal. 4th 730, 741-42 (2007).  This Court will do the same.

[2] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).

2

1    Accordingly, Defendant's Motion to Dismiss (ECF No. 5) is
2 GRANTED with leave to amend as to Plaintiff's ninth and tenth
3 causes of action and denied as moot as to Plaintiff's fifth,
4 sixth, seventh and eighth causes of action.  Not later than
5 twenty (20) days following the date this Memorandum and Order is
6 electronically filed, Plaintiff may (but is not required to) file
7 an amended complaint.  If no amended complaint is filed within
8 said twenty (20)-day period, without further notice to the
9 parties, those causes of action dismissed by virtue of this Order
10 will be deemed dismissed with prejudice.
11    IT IS SO ORDERED.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE