IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RITCHARD MOLINA,

        Plaintiff,                        No. 2:11-cv-01655-MCE-DAD

      v.

EASTERN PLUMAS HEALTHCARE,      ORDER
et al.,

        Defendants.

_____/

        This matter came before the court on May 25, 2012, for hearing on plaintiff's motion to quash (Doc. No. 14). Anthony Oceguera, Esq. appeared for the moving party. Michael Campbell, Esq. appeared for defendants.

        For the reasons stated on the record, plaintiff's motion to quash (Doc. No. 14) is denied. However, defendants' December 30, 2012 subpoenas to Plumas District Hospital, Plumas Sierra Nursing & Rehabilitation, In Home Support Services, and CLO, to produce documents shall be modified to read as follows:

> The records, whether paper or stored digitally and/or electronically, being requested include wage records, personnel records, attendance records, employment applications, W-2's, 1099's, resumes, payroll records, sick leave and evaluations.

/////

1	Defendants' December 30, 2012 subpoena to Rachel Hurburt, D.O., to produce
2 documents shall be modified to limit the documents produced to only those records dating from
3 the present back to plaintiff's twenty-first birthday.  No medical records shall be produced that
4 relate to care predating plaintiff's twenty-first birthday.
5	Finally, all these documents shall be produced subject to a stipulated protective
6 order.  The parties are directed to submit a proposed stipulated protective order for the court's
7 consideration which shall govern the use of any records produced pursuant to the subpoenas in
8 question.
9	IT IS SO ORDERED.
10 DATED: May 25, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

17 DAD:6
Ddad1\orders.civil\molina1655.oah.052512