1  ROBERT H. ZIMMERMAN, Bar No. 84345
   MICHAEL J. CAMPBELL, Bar No. 279345
2  SCHUERING ZIMMERMAN & DOYLE, LLP
   400 University Avenue
3  Sacramento, California  95825-6502
   (916) 567-0400
4  FAX:  568-0400

5  Attorneys for Defendant EASTERN PLUMAS HEALTHCARE DISTRICT

6
                    IN THE UNITED STATES DISTRICT COURT
7                      EASTERN DISTRICT OF CALIFORNIA

8
   RITCHARD MOLINA,                        )  No.   2:11-cv-01655-MCE-DAD
9                                          )
        Plaintiff,                         )  STIPULATED PROTECTIVE ORDER
10                                         )  GOVERNING DISCLOSURE AND
   vs.                                     )  PRODUCTION OF CONFIDENTIAL
11                                         )  AND OTHER DOCUMENTS AND
   EASTERN PLUMAS HEALTH CARE, an unknown  )  INFORMATION
12 business entity, EASTERN PLUMAS HEALTH CARE )
   FOUNDATION, INC., a California corporation, )
13                                         )
        Defendants.                        )
14 _____ )
                                          _ )
15

16       IT IS HEREBY STIPULATED by and between counsel to the parties, that the following

17 matters are subject to this Protective Order:

18       1.    That all medical and employment records being produced by all parties in this action,

19 be and will remain at all times protected, privileged, sensitive, and/or proprietary.  The documents

20 being produced, may include but may not be limited to medical records, employment history records,

21 contracts between the parties or portions thereof, personnel records, manuals, business policies and

22 manuals, reports, photos, videos and written statements.

23       2.    It is agreed between the parties and through their counsel that all medical and

24 employment records produced in the course of this litigation shall remain confidential and will be used

25 solely in the prosecution or defense of the subject litigation and will not be disseminated, disbursed,

26 or otherwise given to any person or entity outside of the litigation at any time.

27       3.    Documents and information produced may be provided to experts or consultants as

28 necessary to prosecute or defend the litigation with the same agreement that such documents are not

STIPULATED PROTECTIVE ORDER                                                                          -1-

1  to be used by any other person outside the matter of *Molina v. Eastern Plumas Health Care, et al.*

2  DATED:         July 23, 2012

3                                          LAW OFFICES OF JEREMY PASTERNAK

4

5                                          By: /S/: Jeremy Pasternak
                                               Jeremy Pasternak
6                                              445 Bush Street, Sixth Floor
                                               San Francisco, CA 94108
7                                              Attorneys for Plaintiff
                                               RITCHARD MOLINA
8

9  DATED:         July 24, 2012

10                                         SCHUERING ZIMMERMAN & DOYLE, LLP

11

12                                         By: /S/: Michael J. Campbell
                                               Michael J. Campbell
13                                             Attorneys for Defendant EASTERN
                                               PLUMAS HEALTHCARE DISTRICT
14

15

16                          **ORDER**

17        IT IS SO ORDERED.

18  DATED: July 29, 2012.

19

20                                         _____
                                           DALE A. DROZD
21                                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25  Ddad1\orders.civil
    molina1655.stip.prot.ord.wpd
26

27

28

STIPULATED PROTECTIVE ORDER                                              -2-