ROBERT H. ZIMMERMAN, Bar No. 84345
MICHAEL J. CAMPBELL, Bar No. 279345
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant EASTERN PLUMAS HEALTHCARE DISTRICT

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RITCHARD MOLINA,

    Plaintiff,

vs.

EASTERN PLUMAS HEALTH CARE, an unknown business entity, EASTERN PLUMAS HEALTH CARE FOUNDATION, INC., a California corporation,

    Defendants.

No.   2:11-cv-01655-MCE-DAD

STIPULATED PROTECTIVE ORDER GOVERNING DISCLOSURE AND PRODUCTION OF CONFIDENTIAL AND OTHER DOCUMENTS AND INFORMATION

IT IS HEREBY STIPULATED by and between counsel to the parties, that the following matters are subject to this Protective Order:

    1.    That all medical and employment records being produced by all parties in this action, be and will remain at all times protected, privileged, sensitive, and/or proprietary.  The documents being produced, may include but may not be limited to medical records, employment history records, contracts between the parties or portions thereof, personnel records, manuals, business policies and manuals, reports, photos, videos and written statements.

    2.    It is agreed between the parties and through their counsel that all medical and employment records produced in the course of this litigation shall remain confidential and will be used solely in the prosecution or defense of the subject litigation and will not be disseminated, disbursed, or otherwise given to any person or entity outside of the litigation at any time.

    3.    Documents and information produced may be provided to experts or consultants as necessary to prosecute or defend the litigation with the same agreement that such documents are not

1  to be used by any other person outside the matter of *Molina v. Eastern Plumas Health Care, et al.*

2  DATED:       July 23, 2012

3                                    LAW OFFICES OF JEREMY PASTERNAK

4

5                                    By: /S/: Jeremy Pasternak
                                          Jeremy Pasternak
6                                         445 Bush Street, Sixth Floor
                                          San Francisco, CA 94108
7                                         Attorneys for Plaintiff
                                          RITCHARD MOLINA
8

9  DATED:       July 24, 2012

10                                   SCHUERING ZIMMERMAN & DOYLE, LLP

11

12                                   By: /S/: Michael J. Campbell
                                          Michael J. Campbell
13                                        Attorneys for Defendant EASTERN
                                          PLUMAS HEALTHCARE DISTRICT
14

15

16                            **ORDER**

17         IT IS SO ORDERED.

18  DATED: July 29, 2012.

19

20                                    _____
                                      DALE A. DROZD
21                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25  Ddad1\orders.civil
    molina1655.stip.prot.ord.wpd
26

27

28

STIPULATED PROTECTIVE ORDER                                         -2-