UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RITCHARD MOLINA,                    No. 2:11-cv-01655-MCE-DAD

       Plaintiff,

  v.                                <u>ORDER CONTINUING TRIAL</u>

EASTERN PLUMAS HEALTH CARE,
ET AL.,

       Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the August 12, 2013 jury trial is vacated and continued to **March 17, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 9, 2014.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the June 13, 2013 Final Pretrial Conference is vacated and continued to **January 23, 2014,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 2, 2014** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 2, 2014.** Oppositions must be filed by **January 9, 2014** and any reply must be filed by **January 16, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

The Court further grants the parties' Stipulation and Proposed Order to Extend Discovery Deadlines (ECF No. 20) as to the following only:

1. Last day to complete discovery to and including May 10, 2013.

2. Disclosure of rebuttal experts to and including July 2, 2013.

3. Last day for the Court to hear dispositive motions on June 27, 2013 at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: October 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE