UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RITCHARD MOLINA,                    No. 2:11-cv-01655-MCE-DAD

       Plaintiff,

       v.                           <u>ORDER CONTINUING TRIAL</u>

EASTERN PLUMAS HEALTH CARE, ET AL.,

       Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the September 15, 2014 jury trial is vacated and continued to **January 12, 2015**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **October 30, 2014.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the August 7, 2014 Final Pretrial Conference is vacated and continued to **November 13, 2014,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **October 23, 2014** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **October 23, 2014.** Oppositions must be filed by **October 30, 2014** and any reply must be filed by **November 6, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2