ROBERT H. ZIMMERMAN, Bar No. 84345
THEODORE D. POPPINGA, Bar No. 133420
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant EASTERN PLUMAS HEALTHCARE DISTRICT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITCHARD MOLINA,<br><br>        Plaintiff,<br><br>vs.<br><br>EASTERN PLUMAS HEALTH CARE, an unknown business entity, EASTERN PLUMAS HEALTH CARE FOUNDATION, INC., a California corporation,<br><br>        Defendants. | Case No. 2:11-cv-01655-MCE-DAD<br><br>STIPULATION FOR CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING PRETRIAL SCHEDULING ORDER<br><br>Trial:              9/8/15<br>Pretrial Conf.:  7/30/15 |

This case was mediated before The Honorable Fred K. Morrison at the offices of JAMS on June 9, 2015.  On June 17, 2015, the parties submitted a signed stipulation (ECF No. 29) that states:

    1.    That a provisional settlement has been reached between the parties, conditioned only upon plaintiff's counsel successfully negotiating the reduction of an outstanding lien;

    2.    That the parties expect that this matter will be able to be resolved

within approximately forty-five days;

  3. That the parties therefore request that the current trial date and other pre-trial dates be vacated and that an Order to Show Cause or other "control date" be set for approximately forty-five days hence;

  4. That this stipulation is not entered into for the purpose of delay but because the parties believe the opportunity exists to resolve this action without further formality that will best serve the interests of justice and judicial economy;

  5. That in the unlikely event the provision referenced above cannot be satisfied, the parties will, within two weeks of execution of this document, notify the Court and request an amended scheduling order continuing the current trial date of September 8, 2015, and setting forth new pretrial deadlines.

## **ORDER**

  IT IS SO ORDERED.

Dated:  June 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT