ROBERT H. ZIMMERMAN, Bar No. 84345
THEODORE D. POPPINGA, Bar No. 133420
**SCHUERING ZIMMERMAN & DOYLE, LLP**
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant EASTERN PLUMAS HEALTHCARE DISTRICT

JEREMY PASTERNAK, ESQ., BAR NO: 181618
ANTHONY OCEGUERA, ESQ., BAR NO: 259117
**LAW OFFICES OF JEREMY PASTERNAK**
A Professional Corporation
445 Bush St., Sixth Floor
San Francisco, CA 94108
Telephone:  (415) 693-0300
Facsimile:  (415) 693-0393

Attorneys for Plaintiff RITCHARD MOLINA


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| RITCHARD MOLINA,<br><br>       Plaintiff,<br><br>vs.<br><br>EASTERN PLUMAS HEALTH CARE, an unknown business entity, EASTERN PLUMAS HEALTH CARE FOUNDATION, INC., a California corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:11-cv-01655-MCE-DAD<br><br>ORDER |

///

///

Pursuant to the parties' signed Joint Stipulation for Dismissal (ECF No. 31) and Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY ORDERED that this action is DISMISSED.  Each party shall bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT